UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:17-cv-195-T-35 TGW

MANKIND, INC., a Florida Corporation,

   Plaintiff,

v.

4 MANKIND, LLC, a Florida Limited
Liability Company,

   Defendant.

_____/

COMPLAINT FOR TRADEMARK
INFRINGEMENT AND FEDERAL UNFAIR
COMPETITION

## VERIFIED COMPLAINT, DEMAND FOR JURY TRIAL AND INJUNCTIVE RELIEF

Plaintiff, MANKIND, INC., a Florida corporation, by and through its undersigned counsel, hereby alleges in its Complaint against Defendant, 4 MANKIND, LLC, a Florida Limited Liability Company, as follows:

### JURISDICTION AND VENUE

1.  This is an action for trademark infringement and Federal unfair competition arising under the Lanham Act, 15 U.S.C. §§1114(a), 1125(a)(1)(A), and 1125(d)(1)(A).

2.  This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a)-(b), and 15 U.S.C. § 1121(a).

3.  Venue is proper in this district under 28 U.S.C. §1391(b)(2) as a substantial part of the events giving rise to the claims occurred in this District.

4.  Defendant is subject to the personal jurisdiction of this Court under Florida law, at least including Florida Statutes § 48.193 (1)(a)(1)-(2) and Federal Rule of Civil Procedure 4.



1

## THE PARTIES

5. Mankind, Inc. is a Florida corporation with its principal place of business in Fort Lauderdale, Florida.

6. 4 Mankind, LLC is a Florida limited liability company with its principal place of business in St. Petersburg, Florida.

7. Upon information and belief, defendant is in the business of offering barbershop services in this District under the trademark 4 MANKIND that infringe plaintiff's trademark rights.

## FACTUAL BACKGROUND

### Mankind, Inc.

8. For over a decade, plaintiff has owned and operated a barbershop in Fort Lauderdale, Florida under the brand name MANKIND with the mission of providing men with a traditional and full service grooming experience. To that end, plaintiff not only offers haircuts, but shoe shines, hot shaves, alcohol and beverage services, games, and spa services to men only, all to create an experience different than traditional unisex barbershops.

9. Plaintiff advertises its barbershop and related services, at least through its website at the domain mankindformen.com, and has attracted and maintained customers from all over this State and from around the country. Plaintiff has a loyal following of customers who have come to recognize the quality grooming experience offered under it is MANKIND brand.

10. In 2006, plaintiff filed to register the mark MANKIND and design with the United States Patent and Trademark Office on the Principal Register. In 2007, plaintiff's mark MANKIND registered on the Principal Register as U.S. Registration No. 3,285,916 (the '916

Registration) (Exhibit A). The MANKIND mark in the '916 Registration has been in continuous use, is valid, subsisting, and is incontestable.

11. Plaintiff has never provided authorization or consent for any third party to use its MANKIND brand in association with barbershops.

### 4 Mankind, LLC

12. On information and belief, since at least the year 2015, defendant is the owner and operator of a barbershop in Tampa, Florida that offers barbershop services under the name 4 MANKIND. Such services are advertised on the website at the domain 4mankind.com.

13. Defendant advertises on its website at 4mankind.com that its mission is:

> to help men to look and feel their best. We blend the classic comforts of the past, with the contemporary hairstyling of today, by providing high-end quality products and service. From Men's haircuts to hot towel straight razor shaves, our team of personable and skilled barbers and stylists afford you a uniquely customized experience. (Exhibit B).

14. On information and belief, defendant's entire motif is designed to emulate plaintiff's successful business model of providing a traditional barbershop for men with the use of the mark MANKIND.

15. On or about January 8, 2017, plaintiff emailed defendant and asked defendant to cease using plaintiff's trademark in association with barbershop services.

16. On January 15, 2017, defendant's principal contacted plaintiff's principal by email who advised plaintiff's principal that he had forwarded plaintiff's principal's request to its counsel and was awaiting a response.

17. On January 17, 2017, after receiving no response from defendant's principal, plaintiff's principal emailed defendant's principal advising him that a response was needed by January 18, 2017. None was received and defendant continues to offer its barbershop services

under the name 4 MANKIND with the full knowledge of plaintiff and its trademark to the detriment of plaintiff.

## COUNT I – TRADEMARK INFRINGEMENT
## 15 U.S.C. § 1114(a)

18. Plaintiff incorporates paragraphs 1-17 from above.

19. Plaintiff has a protectable trademark right in the MANKIND trademark.

20. Defendant's unauthorized use of its mark 4 MANKIND constitutes trademark infringement or counterfeiting and is likely to cause confusion and mistake in the minds of the purchasing public as to the source of the services provided.

21. Defendant's conduct has caused, and, if not enjoined, will continue to cause irreparable harm and damage to the rights of plaintiff in its Federally-registered trademark, business, reputation, and goodwill.

## COUNT II – FEDERAL UNFAIR COMPETITION
## 15 U.S.C. § 1125(a)(1)(a)

22. Plaintiff incorporates paragraphs 1-17 from above.

23. Defendant's services and activities that are identified by or bear plaintiff's trademark are likely to confuse, mislead, and deceive plaintiff's customers and members of the public and the trade or to cause those persons to believe that defendant's services bearing plaintiff's trademarks has been sponsored, approved, authorized, or licensed by plaintiff or are affiliated or connected.

24. Defendant's conduct has caused, and, if not enjoined, will continue to cause, irreparable harm and damage to the rights of plaintiff in its Federally-registered trademark, business, reputation, and goodwill.

## JURY DEMAND

25. Plaintiff requests trial by a jury for all issues so triable.

## PRAYER FOR RELIEF

Plaintiff requests the Court:

A. Under 15 U.S.C. § 1116(a), enjoin the sale of any and all of defendant's services that are likely to cause confusion in the marketplace with plaintiff's trademarked services;

B. Under 15 U.S.C. § 1117(a)-(c), direct defendant to pay to plaintiff damages for defendant's trademark infringement in the form of either, at plaintiff's election before the entry of a final judgment: defendant's profits, plaintiff's damages, or three times the same for defendant's willful conduct, or statutory damages under 15 U.S.C. § 1117 (c)(1) of $200,000 per counterfeit mark per type of services sold, offered for sale, or distributed, as the court considers just; or under 15 U.S.C. § 1117 (c)(2) for $2,000,000 per counterfeit mark per type of services sold or offered for sale to account for defendant's willful infringement;

C. Under 15 U.S.C. § 1118, order defendant to deliver to plaintiff for destruction, all labels, signs, prints, packages, wrappers, receptacles, and advertisements in the possession of defendant bearing plaintiff's trademark or any reproduction, counterfeit, copy, or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same;

D. Under 15 U.S.C. § 1117(a) plaintiff's costs, pre-judgment interest, and reasonable attorney's fees of this Action;

E. Award plaintiff such other and further relief as the Court deems just and proper.

Dated: January 24, 2017                                  Respectfully Submitted,

                                             By:   */s/ Garrett Ari Barten*
                                                   Garrett Ari Barten, Esq.
                                                   gbarten@cwiplaw.com
                                                   Florida Bar No. 55371
                                                   Elissa A. Tisdahl, Esq.
                                                   etisdahl@cwiplaw.com
                                                   Florida Bar No. 85521
                                                   CHRISTOPHER & WEISBERG, P.A.
                                                   200 East Las Olas Boulevard, Suite 2040
                                                   Fort Lauderdale, Florida 33301
                                                   (954) 828-1488 (Telephone)
                                                   (954) 828-9122 (Facsimile)
                                                   *Trial Counsel for Plaintiff, Mankind, Inc.*

795164

## VERIFICATION

I, Lee Garipoli, hereby verify that I have read and understood the foregoing Complaint and that the information herein is true and correct to the best of my knowledge and belief and I am duly authorized to make this verification as the plaintiff in this action.

Dated: January 24, 2017

# EXHIBIT "A"

Int. Cl.: 44

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,285,916
Registered Aug. 28, 2007

SERVICE MARK
PRINCIPAL REGISTER



MANKIND, INC. (FLORIDA CORPORATION)
SUITE 103
501 S.E. 2ND STREET
FORT LAUDERDALE, FL 33301

FOR: BARBERSHOPS, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 11-14-2002; IN COMMERCE 11-14-2002.

THE COLOR(S) RED, WHITE, AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE LETTER M, A, N, K, N, D COLOR RED, THE LETTER I IS A RED, WHITE, AND BLUE BARBER POLE.

SER. NO. 78-840,176, FILED 3-17-2006.

GINA FINK, EXAMINING ATTORNEY

# EXHIBIT "B"

# 4 MANKIND

# About Us

At 4 Mankind Barbershop and Salon, we offer a traditional barbershop experience, in a modern and comfortable setting, for the modern man.

Our mission is to help men to look and feel their best. We blend the classic comforts of the past, with the contemporary hairstyling of today, by providing high-end quality products and service. From Men's haircuts to hot towel straight razor shaves, our team of personable and skilled barbers and stylists afford you a uniquely customized experience. Your appearance is a direct reflection upon us and we want to make sure you always look your best. Our services include face and head shaves, haircuts, beard trims, clean ups, waxing, coloring and more. Come in, enjoy a complimentary beverage, sit back in one of our classic oversized barber chairs, and experience the highest level of service from South Tampa's Premier Barber Shop and Salon.

## WHAT'S YOUR STYLE?

Our talented barbe[rs] and stylists can gro[w] your beard and mustache to achieve whatever look you desire. From the conservative Full Beard or Van Dyke to the trend-setting Verdi or Bandholz, find a beard style that suits your personality.

nbrowser PRO version   Are you a developer? Try out the HTML to PDF API   pdfcrowd.com



4 Mankind is South Tampa's newest Barbershop and Salon for men. We are on a mission to help all mankind look and feel their best. Our barbers are trained in the latest hair cutting techniques to make you look your best. From a Men's haircut to hot towel straight razor shaves, our team is dedicated to serving you. We also offer the highest quality hair care products to help you manage your hair between cuts. Your appearance and comfort are our main concern. You can expect a high level of customer service, professional barbering and the best value in South Tampa when it comes to men's hair care.



## Make Yourself at Home

Have a drink on us. We offer complimentary drinks to our customers. Choose from Water, Soda, Coffee, Bourbon, Beer or Wine while you're having your hairs groomed.

## Dress up or dress down?

Whether you dress up or dress down, you want your hair to make a statement. The talented barbers at 4 Mankind can cut your hair, shave your mustache and trim your beard to make you look your best.

browser PRO version   Are you a developer? Try out the HTML to PDF API   pdfcrowd.com








## ABOUT 4 MANKIND

At 4 Mankind Barbershop and Salon, we offer a traditional barbershop experience, in a modern and comfortable setting for the modern man.

| | |
|---|---|
| Monday | 9 a.m. - 7 p.m. |
| Tuesday - Saturday | 9 a.m. - 8 p.m. |
| Sunday | 11 a.m. - 5 p.m. |

## CONTACT US

### (813) 251-6000

**4 Mankind Barbershop & Salon**

1712 S. Dale Mabry Hwy

Tampa, FL 33629

info@4mankind.com

**Subscribe to our mailing list**

email address

SUBSCRIBE

f    G+    ⚹

WEBSITE AND BRANDING BY



COPYRIGHT © 2017 4 MANKIND BARBERSHOP & SALON

⬆